UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER BRITT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2, d/b/a OLYMPIC MEDICAL CENTER, a Washington Municipal Corporation,<br><br>Defendant. | CASE NO. 3:23- cv-5377 MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time for Defendant to Respond to Complaint (Dkt. No. 15). The parties request an extension to June 9, 2023. Having reviewed the Motion and the docket, the Court GRANTS the Motion. Defendant shall have until Friday, June 9, 2023, to respond to the Complaint.

//

//

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated June 6, 2023.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2