THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIFER BRITT, Individually and for Others Similarly Situated,

Plaintiff,

v.

CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a OLYMPIC MEDICAL CENTER, a Washington Municipal Corporation,

Defendant.

No. 3:23-cv-05377 MJP

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL

NOTED FOR HEARING:
APRIL 11, 2024

Pursuant to Local Rules 7(d)(1) and 10(g), Jennifer Britt ("Plaintiff") and Defendant Clallam County Public Hospital District No. 2 d/b/a Olympic Medical Center ("Defendant") jointly move for an extension of time to file the Motion for Preliminary Approval. The Parties stipulate to and request an extension to May 13, 2024 (the first business day thirty days after the current deadline of April 12, 2024).

The Parties filed a Joint Notice of Class and Collective Action Settlement on February 2, 2024. That notice indicated "Plaintiff anticipate[d] filing a motion for preliminary approval, together with supporting documentation, within sixty calendar days," i.e., by April 12, 2024.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

The Parties have conferred and agree to request a modest extension of the time to submit the motion for preliminary approval and supporting documents, and agree that May 13, 2024, is a reasonable accommodation to allow the Parties to finalize the relevant materials.

This is the first request for an extension. No other dates or deadlines would be altered by this proposed extension of time.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: April 11, 2024

By: *s/Charles N. Eberhardt*

Charles N. Eberhardt, WSBA No. 18019
CEberhardt@perkinscoie.com
Chelsea Dwyer Petersen, WSBA No. 33787
CDPetersen@perkinscoie.com
Kyle D. Nelson, WSBA No. 49981
KyleNelson@perkinscoie.com
Margo S. Jasukaitis, WSBA No. 57045
MJasukaitis@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a OLYMPIC MEDICAL CENTER*

Dated: April 11, 2024

By: *s/ Michael C. Subit*

Michael C. Subit, WSBA No. 29189
msubit@frankfreed.com
**Frank Freed Subit & Thomas LLP**
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: +1.206.624.6711

Dated: April 11, 2024

By: *s/ William Hogg*

Michael A. Josephson, *Admitted pro hac vice*
mjosephson@mybackwages.com
Andrew W. Dunlap, *Admitted pro hac vice*
adunlap@mybackwages.com
William Hogg, *Admitted pro hac vice*
whogg@mybackwages.com
**Josephson Dunlap, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: +1.713.352.1100

William C. (Clif) Alexander, *Admitted pro hac vice*
clif@a2xlaw.com
Austin W. Anderson, *Admitted Pro Hac Vice*
austin@a2xlaw.com

**Anderson Alexander, PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 74801
Telephone: +1.361.452.1279

*Attorneys for Plaintiff and Putative Class Members*

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Plaintiff shall file her Motion for Preliminary Approval no later than Monday, May 13, 2024.

Dated this ___ day of April 2024.

____________________________________
THE HONORABLE MARSHA J. PECHMAN
United States District Court Judge

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000