THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER BRITT, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a OLYMPIC MEDICAL CENTER, a Washington Municipal Corporation,<br><br>Defendant. | No. 3:23-cv-05377 MJP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL<br><br>NOTED FOR HEARING:<br>MAY 10, 2024 |

Pursuant to Local Rules 7(d)(1) and 10(g), Jennifer Britt ("Plaintiff") and Defendant Clallam County Public Hospital District No. 2 d/b/a Olympic Medical Center ("Defendant") jointly move for an extension of time to file the Motion for Preliminary Approval. The Parties stipulate to and request an extension to June 12, 2024 (thirty days after the current deadline of May 13, 2024).

The Parties filed a Joint Notice of Class and Collective Action Settlement on February 2, 2024. That notice indicated "Plaintiff anticipate[d] filing a motion for preliminary approval, together with supporting documentation, within sixty calendar days," *i.e.,* by April 12, 2024.

On April 11, 2024, the parties requested an extension until May 13, 2024. The Parties are still negotiating a draft settlement agreement in good faith. They have conferred and agree to

STIPULATED MOTION
FOR EXTENSION OF TIME
(No. 3:23-cv-05377 MJP) –1

167332433.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  request a modest extension of the time to submit the motion for preliminary approval and
2  supporting documents, and agree that June 12, 2024, is a reasonable accommodation to allow the
3  Parties to finalize the relevant materials.
4       This is the first request for an extension. No other dates or deadlines would be altered by
5  this proposed extension of time.

STIPULATED MOTION
FOR EXTENSION OF TIME
(No. 3:23-cv-05377 MJP) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167332433.1

| | | |
|---|---|---|
| 1 | Dated: May 10, 2024 | By: *s/Charles N. Eberhardt* |
| 2 | | Charles N. Eberhardt, WSBA No. 18019 |
| | | CEberhardt@perkinscoie.com |
| 3 | | Chelsea Dwyer Petersen, WSBA No. 33787 |
| | | CDPetersen@perkinscoie.com |
| 4 | | Kyle D. Nelson, WSBA No. 49981 |
| | | KyleNelson@perkinscoie.com |
| 5 | | Margo S. Jasukaitis, WSBA No. 57045 |
| | | MJasukaitis@perkinscoie.com |
| 6 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 7 | | Seattle, Washington 98101-3099 |
| | | Telephone: +1.206.359.8000 |
| | | Facsimile: +1.206.359.9000 |

*Attorneys for Defendant CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a OLYMPIC MEDICAL CENTER*

Dated: May 10, 2024        By: *s/ Michael C. Subit*
　　　　　　　　　　　　　　Michael C. Subit, WSBA No. 29189
　　　　　　　　　　　　　　msubit@frankfreed.com
　　　　　　　　　　　　　　**Frank Freed Subit & Thomas LLP**
　　　　　　　　　　　　　　705 Second Avenue, Suite 1200
　　　　　　　　　　　　　　Seattle, Washington 98104
　　　　　　　　　　　　　　Telephone: +1.206.624.6711

Dated: May 10, 2024        By: *s/ William Hogg*
　　　　　　　　　　　　　　Michael A. Josephson, *Admitted pro hac vice*
　　　　　　　　　　　　　　mjosephson@mybackwages.com
　　　　　　　　　　　　　　Andrew W. Dunlap, *Admitted pro hac vice*
　　　　　　　　　　　　　　adunlap@mybackwages.com
　　　　　　　　　　　　　　William Hogg, *Admitted pro hac vice*
　　　　　　　　　　　　　　whogg@mybackwages.com
　　　　　　　　　　　　　　**Josephson Dunlap, LLP**
　　　　　　　　　　　　　　11 Greenway Plaza, Suite 3050
　　　　　　　　　　　　　　Houston, Texas 77046
　　　　　　　　　　　　　　Telephone: +1.713.352.1100

　　　　　　　　　　　　　　William C. (Clif) Alexander, *Admitted pro hac vice*
　　　　　　　　　　　　　　clif@a2xlaw.com
　　　　　　　　　　　　　　Austin W. Anderson, *Admitted Pro Hac Vice*
　　　　　　　　　　　　　　austin@a2xlaw.com

　　　　　　　　　　　　　　**Anderson Alexander, PLLC**
　　　　　　　　　　　　　　101 N. Shoreline Blvd., Suite 610
　　　　　　　　　　　　　　Corpus Christi, Texas 74801
　　　　　　　　　　　　　　Telephone: +1.361.452.1279

*Attorneys for Plaintiff and Putative Class Members*

STIPULATED MOTION
FOR EXTENSION OF TIME
(No. 3:23-cv-05377 MJP) –3

167332433.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Plaintiff shall file her Motion for Preliminary Approval no later than June 12, 2024.

Dated this 13th day of May 2024.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
United States District Court Judge

ORDER
(No. 3:23-cv-05377 MJP) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167332433.1