THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER BRITT, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a OLYMPIC MEDICAL CENTER, a Washington Municipal Corporation,<br><br>Defendant. | No. 3:23-cv-05377 MJP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**NOTED FOR HEARING: JUNE 12, 2024** |

Pursuant to Local Rules 7(d)(1) and 10(g), Jennifer Britt ("Plaintiff") and Defendant Clallam County Public Hospital District No. 2 d/b/a Olympic Medical Center ("Defendant") jointly move for an extension of time to file the Motion for Preliminary Approval. The Parties stipulate to and request an extension to 16 days after the current deadline of Wednesday, June 12, 2024, until Friday, June 28, 2024.

The Parties filed a Joint Notice of Class and Collective Action Settlement on February 2, 2024. That notice indicated "Plaintiff anticipate[d] filing a motion for preliminary approval, together with supporting documentation, within sixty calendar days," *i.e.,* by April 12, 2024.

STIPULATED MOTION
FOR EXTENSION OF TIME
(No. 3:23-cv-05377 MJP) –1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167749171.1

On April 11, 2024, the parties requested an extension until May 13, 2024. Dkt. #30. The Court granted the motion. Dkt. #31. On May 10, 2024, the parties requested a second extension until June 12, 2024. Dkt. #32. The Court granted the motion. Dkt. #33.

Since the last request for an extension of time, the Parties have made substantial progress toward finalizing the settlement agreement, class notice, and claim form. The parties have exchanged seven drafts of the settlement agreement, three drafts of the class notice, and three drafts of the claim form. On June 3, 2024, the parties had a productive telephonic conference to discuss several areas of disagreement. A few areas of disagreement remain, and the parties believe both will be resolved upon further discussion between the parties. Settlement discussions continue in good faith.

The parties have conferred and agree to request a modest extension of the time to submit the motion for preliminary approval and supporting documents, and agree that Friday, June 28, 2024, is a reasonable accommodation to allow the Parties to finalize the relevant materials.

This is the third request for an extension. No other dates or deadlines would be altered by this proposed extension of time.

STIPULATED MOTION
FOR EXTENSION OF TIME
(No. 3:23-cv-05377 MJP) –2

167749171.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Dated: June 12, 2024 | By: *s/Charles N. Eberhardt* |
| | | Charles N. Eberhardt, WSBA No. 18019 |
| 2 | | CEberhardt@perkinscoie.com |
| | | Chelsea Dwyer Petersen, WSBA No. 33787 |
| 3 | | CDPetersen@perkinscoie.com |
| | | Kyle D. Nelson, WSBA No. 49981 |
| 4 | | KyleNelson@perkinscoie.com |
| | | Margo S. Jasukaitis, WSBA No. 57045 |
| 5 | | MJasukaitis@perkinscoie.com |
| | | **Perkins Coie LLP** |
| 6 | | 1201 Third Avenue, Suite 4900 |
| | | Seattle, Washington 98101-3099 |
| 7 | | Telephone: +1.206.359.8000 |
| | | Facsimile: +1.206.359.9000 |

*Attorneys for Defendant CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a OLYMPIC MEDICAL CENTER*

Dated: June 12, 2024   By: *s/ Michael C. Subit*
 Michael C. Subit, WSBA No. 29189
 msubit@frankfreed.com
 **Frank Freed Subit & Thomas LLP**
 705 Second Avenue, Suite 1200
 Seattle, Washington 98104
 Telephone: +1.206.624.6711

Dated: June 12, 2024   By: *s/ William Hogg*
 Michael A. Josephson, *Admitted pro hac vice*
 mjosephson@mybackwages.com
 Andrew W. Dunlap, *Admitted pro hac vice*
 adunlap@mybackwages.com
 William Hogg, *Admitted pro hac vice*
 whogg@mybackwages.com
 **Josephson Dunlap, LLP**
 11 Greenway Plaza, Suite 3050
 Houston, Texas 77046
 Telephone: +1.713.352.1100

 William C. (Clif) Alexander, *Admitted pro hac vice*
 clif@a2xlaw.com
 Austin W. Anderson, *Admitted Pro Hac Vice*
 austin@a2xlaw.com

 **Anderson Alexander, PLLC**
 101 N. Shoreline Blvd., Suite 610
 Corpus Christi, Texas 74801
 Telephone: +1.361.452.1279

*Attorneys for Plaintiff and Putative Class Members*

STIPULATED MOTION
FOR EXTENSION OF TIME
(No. 3:23-cv-05377 MJP) –3

167749171.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# [PROPOSED] ORDER

**IT IS SO ORDERED.**

Plaintiff shall file her Motion for Preliminary Approval no later than June 28, 2024. No further extensions of this deadline shall be granted.

Dated this 13th day of June 2024.

THE HONORABLE MARSHA J. PECHMAN
United States District Court Judge

[PROPOSED] ORDER
(No. 3:23-cv-05377 MJP) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167749171.1