UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER BRITT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a OLYMPIC MEDICAL CENTER, a Washington Municipal Corporation,<br><br>Defendant. | CASE NO. C23-5377 MJP<br><br>ORDER STRIKING TRIAL AND DEADLINES |

In light of the Parties' settlement and pending Motion for Preliminary Approval, the Court hereby STRIKES the trial date and all remaining deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 10, 2024.

Marsha J. Pechman
United States Senior District Judge