**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
*Britt v. Clallam County Public Hospital District No. 2*
**Case No. 3:23-cv-05377-MJP**

# EXHIBIT A
## to Joint Motion to Modify Preliminary Approval Order

# ADDENDUM TO
# CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT

Plaintiff Jennifer Britt ("Plaintiff") and Defendant Clallam County Public Hospital District No. 2 ("Defendant") enter into this Addendum to Class and Collective Action Settlement Agreement ("Addendum").

## I.   RECITALS

1. This Addendum concerns the settlement of a lawsuit pending in the United States District Court, Western District of Washington, captioned *Jennifer Britt, Individually and for Others Similarly Situated v. Clallam County Public Hospital District No. 2 d/b/a Olympic Medical Center,* Case No. 3:23-cv-05377-MJP (the "Action").

2. On June 28, 2024, the Parties entered into a Class and Collective Action Settlement Agreement to resolve the Action ("Agreement"). A copy of the Agreement is attached as Exhibit 1.

3. With the exception of terms expressly defined in the Addendum itself, the Addendum incorporates by reference all definitions from the Agreement.

4. On August 23, 2024, the Court entered an Order Granting Motion for Preliminary Approval of Class and Collective Settlement ("Preliminary Approval Order").

5. Following entry of the Preliminary Approval Order, the Parties disagreed about whether certain employees fell within the definition of the Class, were covered by the Agreement and Preliminary Approval Order, should be included on the Class List submitted to the Settlement Administrator, and/or should receive the Class and Collective Notice Packet.

6. Following arms-length negotiations, the Parties agreed to resolve this dispute in the manner set forth in this Addendum.

## II.   AGREEMENTS

The Parties agree as follows:

1. The definition of "Class Net Settlement Fund" in Paragraph I.I of the Agreement is modified as follows:

    "Class Net Settlement Fund" means the Gross Settlement Amount <u>plus the Reversion Return Amount</u> less the Court-approved amounts for the FLSA Net Settlement Fund, Class Representative Service Payment, Class Counsel Fees Payment, Class Counsel Litigation Expenses Payment, and Settlement Administrator Expenses, which (subject to Court approval or modifications) equals $726,833.33.

2. Subject to Court approval or modifications, the Class Net Settlement Fund ($726,833.33) and FLSA Net Settlement Fund ($250,000) total $976,833.33.

3. The "Reversion Return Amount" is $72,500.00. Defendant will fund the Reversion Return Amount, first, from excess FLSA Net Settlement Fund amounts that revert back to Defendant under the terms of Paragraph III.D.4 of the Agreement. If, and only if, funds that revert back to Defendant under the terms of that paragraph (the "Reversion Amount") total less than the Reversion Return Amount, then Defendant shall contribute an amount equal to the difference between the Reversion Return Amount and the Reversion Amount to the Class Net Settlement Fund from funds that are not otherwise committed under the Agreement and are in addition to the Gross Settlement Amount.

4. The definition of "Class" in Paragraph I.B of the Agreement is replaced with the following new definition modified as follows:

   "Class" means all current and former hourly, non-exempt employees employed by Defendant in Washington starting April 27, 2020, through the date of Preliminary Approval of the Settlement, that is, August 23, 2024, with Threshold Earnings. A complete list of current and former employees who meet this definition and who comprise the Class are identified by ID number in Exhibit 2 to the Addendum. Exhibit 2 is comprised of 1,986 individuals.

5. "Threshold Earnings" means a proportionate settlement share of the Class Net Settlement Fund that would be equal to or greater than 0.0075% of the Class Net Settlement Fund.

6. The definition of "Settlement" in Paragraph I.II of the Agreement is modified as follows:

   "Settlement" means the disposition of the Action and all related claims effectuated by this Agreement and the Addendum.

7. The first sentence of Paragraph III.F.2.a of the Agreement is replaced with the following:

   No later than two (2) business days after the Court enters an Order Approving Class Action Addendum, Defendant will provide the Class and Collective Data to Josephson Dunlap LLP and the Settlement Administrator.

8. Exhibit A to the Agreement is replaced with Exhibit A to this Addendum.

9. The Parties and their respective counsel believe and warrant that the Agreement as modified by this Addendum represents a fair, reasonable, and adequate settlement of the Action. The Parties have arrived at the Agreement and this Addendum through arms-length negotiations, taking into account all relevant factors, current and potential.

10. The Parties incorporate and agree to the miscellaneous terms in Paragraph III.J of the Agreement, where applicable. This includes but is not limited to, agreeing that the Settlement and the Addendum are the entire agreement between the Parties relating to the Settlement; the terms and conditions of the Addendum and its exhibits will be governed by and interpreted by Washington law; and this Addendum may be executed in counterparts by electronic signature.

The Parties and their counsel agree to this Addendum by their signatures below.

Date: Oct 25, 2024

*Jennifer Britt (Oct 25, 2024 17:33 PDT)*
Jennifer Britt

Date: _____

_____
Clallam County Public Hospital District No. 2
By: _____
Title: _____

Date: Oct 25, 2024

_____
Andrew Dunlap
Counsel for Jennifer Britt

Date: _____

_____
Charles Eberhardt
Clallam County Public Hospital District No. 2

-Page 3 of 3-

169655423.1