The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JENNIFER BRITT, Individually and for Others Similarly Situated,

    Plaintiff,

vs.

CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a OLYMPIC MEDICAL CENTER, a Washington Municipal Corporation,

    Defendant.

Case No: 3:23-cv-05377-MJP

**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY PRELIMINARY APPROVAL ORDER**

Noted for Hearing:   Nov. 15, 2024

    The Parties have filed a Joint Motion to Modify the Court's August 23, 2024 Order Preliminarily Approving Class Action Settlement. The Court grants the joint motion to modify as follows:

    1.    The certified class previously discussed in the Preliminary Approval Order is hereby modified to be defined as:

> "Class" means all current and former hourly, non-exempt employees employed by Defendant in Washington starting April 27, 2020 through the date of Preliminary Approval of the Settlement, that is, August 23, 2024, with Threshold Earnings (*i.e.* a proportionate settlement share of the Class Net Settlement Fund that would be equal to or greater than 0.0075% of the Class Net Settlement Fund). The Class as so defined includes 1,986 Class Members.

    2.    The Court finds the Addendum to the Settlement Agreement is the result of arm's-length negotiations, and is fair and adequate to protect the interests of the Class Members. The

[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY PRELIMINARY APPROVAL ORDER – Page 1

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100

Court finds the proposed addition to the net settlement amount of $72,500.00 fairly compensates the Class Members and ensures that the modified class definition does not unfairly dilute the settlement shares to be apportioned from the net settlement amount.

3. The Parties have demonstrated good cause to modify the Court's scheduling order governing the administration and final approval hearing of the class settlement. The schedule is hereby modified as follows:

| Event | Original Deadline | Modified Deadline |
|---|---|---|
| Deadline for OMC to provide ILYM Group with the Class List | Sept. 13, 2024 | None – already completed |
| Deadline for ILYM Group to mail and email the Notice Packets to Class Members | Oct. 11, 2024 (per ECF No. 40; further extension requested per ECF No. 41) | November 11, 2024 (per Dkt. No. 44.) |
| Deadline for Class Members to postmark request to exclude themselves, or "opt-out," or file objections to the Settlement | 60 days after Notice Packets are mailed | |
| Deadline for Class Members to submit signed opt-in consent forms | 60 days after Notice Packets are mailed | |
| Deadline for ILYM Group to provide Counsel with a report showing: (i) the names of Class Members and FLSA Collective Members; (ii) the Individual Settlement Payments owed to each Class Members and FLSA Collective Members; (iii) the final number of Class Members who have submitted objections; (iv) the final number of individuals who have submitted valid requests to | Within 10 business days after the opt-in/opt-out/objection deadline | |

[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY PRELIMINARY APPROVAL ORDER – Page 2

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100

| | | |
|---|---|---|
| exclude themselves from the Class/Settlement; and<br><br>(v) the number of undeliverable Notice Packets. | | |
| Deadline for filing of Final Approval Motion | At least 35 days before Final Approval Hearing | |
| Deadline for Plaintiff to serve and file briefing and supporting documents in support of any motion for payment of Class Counsel fees and expenses, and/or the Class Representative service award | No later than Plaintiff's filing of Final Approval Motion | |
| Deadline for ILYM Group to provide the Court and all counsel with a statement detailing the Settlement Administration Costs and its administration of the Notices | At least 10 calendar days before Final Approval Hearing | |
| Final Approval Hearing | Jan. 24, 2025 at 10:00 a.m. | |

4.  The Parties and Settlement Administrator are hereby ordered to administer the settlement in accordance with this schedule. Other than as set forth herein, the terms of the August 23, 2024 Preliminary Approval Order remain in full force and effect.

**IT IS SO ORDERED.**

Dated: November 4, 2024

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY PRELIMINARY APPROVAL ORDER – Page 3

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100